# United States Bankruptcy Court
## Northern District of California

In re **Helen Jean Raines-Austin**                                   Case No. **08-46936**
                                    Debtor(s)                        Chapter **13**

## STATEMENT RE PAYMENT ADVICES

I received no payment advices or other evidence of payment from any employer(s) within the 60 days before the filing of this bankruptcy case.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

Date **November 24, 2008**           Signature   /s/ HELEN JEAN RAINES-AUSTIN
                                                 **Helen Jean Raines-Austin**
                                                 Debtor