3

WILLIAM G. MALCOLM, #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: bill@mclaw.org

Attorneys for Movant

FILED

APR 1 2009

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HELEN JEAN RAINES-AUSTIN,<br><br>Debtor.<br>_____<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>HELEN JEAN RAINES-AUSTIN, Debtor, and Martha G. Bronitsky, Trustee,<br><br>Respondents.<br>_____ | Bankruptcy No. 08-46936<br><br>RS No. WGM-1637<br><br>Chapter 13<br><br>**ORDER TERMINATING AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: April 1, 2009<br>TIME: 10:00 A.M.<br>CTRM: 220 |

A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees ("Movant"). Said Motion was heard before the Honorable RANDALL J. NEWSOME, United States Bankruptcy Judge on April 1, 2009. There was no pleading in opposition filed by the Debtor, HELEN JEAN RAINES-AUSTIN, or the Trustee, Martha G. Bronitsky.

The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay

1 | herein, hereby makes its Order as follows:

2 |     IT IS HEREBY ORDERED that in regard to the real property located at 2282 80th
3 | Avenue, Oakland, 94605 the automatic stay is terminated as to the Debtor and the Bankruptcy
4 | Estate and Movant may proceed with and consummate its foreclosure proceedings in all respects,
5 | and/or fully enforce all of its rights under its Note and Deed of Trust and Movant may further take
6 | any acts or institute and complete any proceedings necessary to obtain possession of the above real
7 | property in the event Movant is the successful purchaser of such property at foreclosure sale or in
8 | the event Movant otherwise acquires title to such property. The 10-day stay provided by
9 | Bankruptcy Rule 4001(a)(3) is waived.
10 | DATED:

11 | 
12 | THE HONORABLE RANDALL J. NEWSOME
    United States Bankruptcy Judge