# Notice Recipients

District/Off: 0971–4 User: jwakerlin Date Created: 4/1/2009
Case: 08–46936 Form ID: pdfeoc Total: 1

**Recipients of Notice of Electronic Filing:**
aty William G. Malcolm bill@mclaw.org

TOTAL: 1