SALLY J. ELKINGTON SBN 142619
**ELKINGTON LAW OFFICE**
1970 Broadway, Twelfth Floor
Oakland, CA 94612
510.465.0404
Fax: 510.465.0202
email: sally@elkingtonlaw.com

Attorney for Debtor
HELEN JEAN RAINES-AUSTIN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

HELEN JEAN RAINES-AUSTIN,

        DEBTOR.

_____/

CASE NO. 08-46936

NOTICE OF AND OPPORTUNITY FOR HEARING ON APPLICATION TO MODIFY CHAPTER 13 PLAN; DEBTOR DECLARATION

**NOTICE IS HEREBY GIVEN TO THE CHAPTER 13 TRUSTEE AND ALL INTERESTED PARTIES THAT THE DEBTOR HELEN JEAN RAINES-AUSTIN FILES THIS APPLICATION TO MODIFY CHAPTER 13 PLAN.**

**Pursuant to Bankruptcy Rule 2002 and Bankruptcy Local Rule 9014-1, you have twenty (20) days from the date of service of this notice to request a hearing on this Application. Any such request for hearing must: (1) Be filed with the court and served upon the initiating party and the Chapter 13 Trustee; and (2) Be accompanied by any declarations and/or memoranda of law the requesting party wishes to present in support of this position.**

If a request for hearing is timely made, the Debtor shall timely set the matter for hearing and give at least (10) days written notice of the date of the hearing to the requesting party, and the Chapter 13 Trustee.

If a request for hearing is not timely made, the court may enter an order approving the Application by default.

\ \ \

\ \ \

# APPLICATION

The Debtor HELEN JEAN RAINES-AUSTIN respectfully requests the Court allow Debtor to modify the Chapter 13 Plan as follows:

1. Beginning in May of 2009, debtor to pay $435 per month for the remainder of her 60 month plan.

2. JP Morgan Chase was granted relief from the automatic stay and the trustee shall cease paying them through the Chapter 13 plan. Debtor is filing an objection to claim concurrently with this motion to modify.

The reason for this modification is that debtor's real property located 2282 80th Avenue, Oakland, CA is no longer protected by the automatic stay and debtor is attempting to negotiate a loan modification on this property. Debtor is currently on disability and her income and expenses require that her payment be less. Debtor is filing an objection to the claim of JP Morgan Chase, as they have not withdrawn their proof of claim.

The Chapter 13 Plan, as modified, would be completed within sixty (60) months from commencement of the case. The debtor respectfully requests the Court enter an order granting the requested modification as set forth above.

Dated: May 22, 2009

        SALLY J. ELKINGTON
        SALLY J. ELKINGTON
        Attorney for Debtors

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2009, in Oakland, California.

        HELEN JEAN RAINES-AUSTIN
        HELEN JEAN RAINES-AUSTIN
        Debtor

T:\TMW9E\Data\files\Helen J. Raines\1644 MTM.WPD