Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Helen Jean Raines-Austin | 08-46936-RN 13 |

WITHDRAWAL
OF
Trustees Motion and Declaration to Dismiss Proceedings and Notice Thereon

    Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustees Motion and Declaration to Dismiss Proceedings and Notice Thereon for the above named Chapter 13 Case which was filed on May 20, 2009, same being court docket #24.

Date: June 10, 2009

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re:<br>    Helen Jean Raines-Austin | Chapter 13 Case No:<br>08-46936-RN 13 |

Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Helen Jean Raines-Austin<br>6119 Old Quarry Loop<br>Oakland,CA 94605 | Sally J Elkington Atty<br>1970 Broadway #1200<br>Oakland,CA 94612 |
| (Debtor(s)) | (Counsel for Debtor(s)) |
| Date: June 10, 2009 | /s/ Vivalda Silveira<br>Vivalda Silveira |