Entered on Docket
July 21, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 20, 2009

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

**ELKINGTON LAW OFFICE**
SALLY J. ELKINGTON SBN 142619
MICHEL R. JENSEN SBN 158057
1970 Broadway, Twelfth Floor
Oakland, CA 94612
510.465.0404
Fax: 510.465.0202

Attorney for Debtor
HELEN JEAN RAINES-AUSTIN

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

HELEN JEAN RAINES-AUSTIN,

    DEBTOR.
_____/

CASE NO. 08-46936

ORDER APPROVING CHAPTER 13 PLAN MODIFICATION

    The Debtor's Motion to Modify Chapter 13 Plan, having been properly filed and served on all interested parties and no parties having objected; and

    Upon consideration of debtor's Application to Modify Chapter 13 Plan, filed with the court on May 22, 2009, the Declaration in Support of Application to Modify Chapter 13 Plan, and the documents and records on file herein, and good cause appearing:

    IT IS HEREBY ORDERED that Debtor's Application to Modify Chapter 13 Plan as filed is granted.

*END OF ORDER*

# COURT SERVICE LIST

MARTHA G. BRONITSKY
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94540-5004

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612

Attorney General of the United States
Department of Justice
Civil Trial Section
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

United States Attorney
Attn: Chief, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

1st United Credit Services
Agent of Process
5901 Gibraltor Dr.
Pleasanton, CA 94588

Best Buy
Retail Services
Agent of Process
P.O. Box 60148
City Of Industry, CA 91716

Chase Manhattan Mortgage
Agent of Process
3415 Vision Dr. Dept. G-7
Columbus, OH 43219

Citibank
Agent of Process
701 E. 60th St., N.
Sioux Falls, SD 57104

| | |
|---|---|
| 1 | Contra Costa County Tax Collector |
| 2 | Agent of Process<br>P.O. Box 631 |
| 3 | Martinez, CA 94553 |
| 4 | GEMB/Gap |
|   | Agent of Process |
| 5 | P.O. Box 981400<br>El Paso, TX 79998 |
| 6 | |
|   | GEMB/Mervyn's |
| 7 | Agent of Process<br>P.O. Box 981206 |
| 8 | El Paso, TX 79998 |
| 9 | GEMB/Sam's Club |
|   | Agent of Process |
| 10 | P.O. Box 981400<br>El Paso, TX 79998 |
| 11 | |
|   | GEMB/Wal-Mart |
| 12 | Agent of Process<br>P.O. Box 530927 |
| 13 | Atlanta, GA 30352 |
| 14 | NDex West, LLC |
|   | 1500 Surveyor Blvd., Suite 500 |
| 15 | Agent of Process<br>Addison, TX 75001 |
| 16 | |
|   | Nelnet |
| 17 | Agent of Process<br>3015 S. Parker Rd., Suite 400 |
| 18 | Indianapolis, IN 46240 |
| 19 | Paris Pryor |
|   | 2282 80th Ave |
| 20 | Oakland, CA 94605 |
| 21 | Washington Mutual |
|   | Agent of Process |
| 22 | 11200 W. Parkland AVe<br>Milwaukee, WI 53201 |
| 23 | |
|   | Web Bank |
| 24 | Agent of Process<br>8405 SW Nimbus Ave, Suite A |
| 25 | Beaverton, OR 97008 |
| 26 | Wells Fargo |
|   | Agent of Process |
| 27 | 3476 State View Blvd<br>Fort Mill, SC 29715 |
| 28 | |

| | |
|---|---|
| 1 | Wells Fargo<br>Agent of Process |
| 2 | P.O. Box 5445<br>Portland, OR 97228 |
| 3 | |
| 4 | JPMorgan Chase Bank, National Association<br>Mail Stop: JAXB2007<br>Agent of Process |
| 5 | 7255 Baymeadows Way<br>Jacksonville, FL 32256 |
| 6 | |
| 7 | Wells Fargo Financial Bank<br>Agent of Process |
| 8 | 4137 121st Street<br>Urbandale IA 50323 |
| 9 | Wells Fargo Home Mortgage, Inc.<br>Bankruptcy Department |
| 10 | Agent of Process<br>MAC # X2501-01D One Home Campus |
| 11 | Des Moines, IA 50328 |
| 12 | Wells Fargo Financial Bank<br>Agent of Process |
| 13 | 4137 121st Street<br>Urbandale IA 50323 |
| 14 | |
| 15 | Fds Bank/Macys<br>TSYS DEBT MGMT., INC.<br>Agent of Process |
| 16 | P.O. BOX 137<br>COLUMBUS, GA 31902-0137 |
| 17 | |
| 18 | Roundup Funding, LLC<br>MS 550<br>Agent of Process |
| 19 | P.O. Box 91121<br>Seattle, WA 98111-9221 |
| 20 | |
| 21 | Countrywide Home Loans, Inc.<br>Agent of Process<br>7105 Corporate Drive, PTX-B-209 |
| 22 | Plano, TX 75024 |
| 23 | American Express Bank FSB<br>c/o Becket and Lee LLP |
| 24 | Agent of Process<br>P.O. Box 3001 |
| 25 | Malvern PA 19355-0701 |
| 26 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs. |
| 27 | P.O. Box 41067<br>NORFOLK VA 23541 |
| 28 | |

| | |
|---|---|
| 1 | eCAST Settlement Corporation assignee of |
| | HSBC Bank Nevada and its Assigns |
| 2 | Agent of Process |
| | P.O. Box 35480 |
| 3 | Newark NJ 07193-5480 |
| 4 | 1st United Services Credit Union |
| | Agent of Process |
| 5 | P.O Box 11746 |
| | Pleasanton CA 94588 |
| 6 | |
| | Chase Bank USA, N.A. |
| 7 | c/o B-Line, LLC |
| | MS 550 |
| 8 | P.O. Box 91121 |
| | Seattle, WA 98111-9221 |
| 9 | |
| | GE Money Bank |
| 10 | c/o Recovery Management Systems Corp. |
| | Attn: Ramesh Singh |
| 11 | Agent of Process |
| | 25 SE 2nd Avenue, Suite 1120 |
| 12 | Miami, FL 33131-1605 |
| 13 | Helen Raines |
| | 6119 Old Quarry Loop |
| 14 | Oakland, CA 94605 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

T:\TMW9E\Data\files\Helen J. Raines\1153 ORDER RE MTM PLAN.WPD